**Order entered February 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00171-CV

## IN RE VENKY VENKATRAMAN, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968**

## ORDER
Before Justices Brown, Molberg, and Reichek

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

|  |  |
|---|---|
| /s/ | ADA BROWN |
|  | JUSTICE |